**Dismissed and Memorandum Opinion filed April 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00193-CR
_____

**STEPHANIE SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 11-CCR-157732

## M E M O R A N D U M    O P I N I O N

A jury convicted appellant of misdemeanor theft. On February 9, 2012, the trial court assessed a $200 fine and sentenced appellant to 365 days in jail, probated for fourteen months. Appellant filed a motion for new trial and a notice of appeal. On March 5, 2012, the trial court granted appellant's motion for new trial. Therefore, the issues in this appeal have been rendered moot. *See* Tex. R. App. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).